UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| NO. 5:22-mj-1075-RN-1 | NO. 5:22-mj-1075-RN-11 |
| NO. 5:22-mj-1075-RN-2 | NO. 5:22-mj-1075-RN-12 |
| NO. 5:22-mj-1075-RN-3 | NO. 5:22-mj-1075-RN-13 |
| NO. 5:22-mj-1075-RN-4 | NO. 5:22-mj-1075-RN-14 |
| NO. 5:22-mj-1075-RN-5 | NO. 5:22-mj-1075-RN-16 |
| NO. 5:22-mj-1075-RN-6 | NO. 5:22-mj-1075-RN-17 |
| NO. 5:22-mj-1075-RN-7 | NO. 5:22-mj-1075-RN-18 |
| NO. 5:22-mj-1075-RN-8 | NO. 5:22-mj-1075-RN-19 |
| NO. 5:22-mj-1075-RN-9 | NO. 5:22-mj-1075-RN-20 |
| NO. 5:22-mj-1075-RN-10 | NO. 5:22-mj-1075-RN-21 |

UNITED STATES OF AMERICA )
)
)
v. ) **ORDER**
)
)
THWANG LANG (1) )
HUSSEIN BIN ABDUL SHUKUR (2) )
EH BA HTOO (3) )
SAN OO (4) )
SHA BWAY WAH (5) )
JAT KNAT (6) )
DAY LAY HTOO (7) )
MU DAH (8) )
LU DEE (9) )
PA LA PAY (10) )
MOHAMED HUSSEIN BI SYEDUL RAHMAN (11) )
HEH KU (12) )
SHA PE (13) )
PHILIPPO ZIN (14) )
JAW SHI (16) )
NAW WAH (17) )
SOE SOE MOO (18) )
ZIABULHAQ BIN ENAMULHAQ (19) )
HASSAN BIN YOUSUF (20) )
TURKI MAHMOUD DAGHER (21) )

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss, without prejudice, the Information in this action against the above-named defendants only.

For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the clerk to dismiss, without prejudice, the Information in this action against the above-named defendants only.

So ORDERED, this __1st__ day of __August__, 2022.

*Robert T. Numbers II*
ROBERT T. NUMBERS, II
United States Magistrate Judge